**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2063

In Re:  GREGORY RICE,

                    Petitioner.

On Petition for Writ of Mandamus.  (8:09-cv-01322-PJM)

Submitted:  November 19, 2009        Decided:  December 1, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gregory Rice, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Rice petitions for a writ of mandamus seeking an order to enforce a security agreement in a civil action dismissed by the district court.  We conclude that Rice is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought.  In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).  Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances.  Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  Mandamus may not be used as a substitute for appeal.  In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Rice is not available by way of mandamus.  Accordingly, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED